a place for sale of intoxicating liquors in less quantities than a gallon without license. Judgment of guilty. Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed April 30, 1919.

Henry A. Wilder, for appellant. Daniel Webster and Harry B. Miller, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Mose Simon, plaintiff in error. Gen. No. 24,109.

Criminal prosecution on charge of being a vagabond. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed April 30, 1919.

Cantwell, Smith & Cantwell and Charles P. R. Macaulay, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

Louis C. Barnett, appellee, v. Chicago Electrotype & Stereotype Company, appellant. Gen. No. 24,138.

Action to recover for breach of contract of sale. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 30, 1919.

John E. Crahen, for appellant. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.

Irwin D. Groak, appellant, v. Union Bank of Chicago et al., appellees. Gen. No. 24,153.

Bill for accounting and to enjoin proceedings under judgment. Dismissal for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed April 30, 1919.

Richard S. Folsom, for appellant. Morrill, Shannon & Triska, for appellee Swedish-American Tel. Mfg. Co.; North Allen, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

Owen B. Vaughn, appellee, v. Andrew Redlin et al., appellants. Gen. No. 24,176.

Action to recover for personal injuries to bicyclist in collision with automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed April 30, 1919.

Litsinger, Healy & Reid, for appellants; James J. Finn, of counsel. A. D. Gash, for appellee.

Mr. Justice Taylor delivered the opinion of the court.